No. 333. COLLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *O. B. Cline, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 339. AMERICAN PRESIDENT LINES, LTD., v. LEVET, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *William Garth Symmers* for petitioner. *John J. Greaney* for respondent. Reported below: —— F. 2d ——.

No. 341. HERMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Irving M. Wolff* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 343. DANA ET AL. v. WILLIAM GOLDMAN THEATRES, INC., ET AL. Supreme Court of Pennsylvania. Certiorari denied. *Anne X. Alpern,* Attorney General of Pennsylvania, and *Alan Miles Ruben,* Assistant Attorney General, for petitioners. *Edwin P. Rome* for William Goldman Theatres, Inc., et al., and *William A. Schnader, Bernard G. Segal, Arlin M. Adams* and *Samuel D. Slade* for Twentieth Century-Fox Film Corp., respondents.

No. 368. MICHIGAN GAS & ELECTRIC Co. v. FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Reuben Goldberg* and *Melvin Richter* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal, Ralph S. Spritzer, Arthur H. Fribourg* and *David J. Bardin* for the Federal Power Commission, and *Charles V. Shannon* and *Louis Flax* for Wisconsin Pipe Line Co., respondents.